IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BILLY DEE JOHNSON,

        Appellant,

v.

        Case No.  5D21-2183
        LT Case No. 2017-CF-4511

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed May 31, 2022

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender,
and Steven N. Gosney, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

WALLIS, SASSO and WOZNIAK, JJ., concur.